**Charles MILLARD, Plaintiff–Appellant,**

v.

**Arcangelo M. TUMINELLI,
Defendant–Appellee.**

No. 03–6673.

United States Court of Appeals,
Fourth Circuit.

Submitted June 25, 2003.

Decided July 15, 2003.

Charles Millard, Appellant Pro Se.

Before WIDENER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles Millard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Millard v. Tuminelli*, No. CA–03–970–8–AW (D.Md. Apr. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*